IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D TERRY**                                                                                          **PLAINTIFF**
ADC #149998

v.                                        Case No. 2:22-CV-00170-LPR

**DEXTER PAYNE, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations (PFR) submitted by United States Magistrate Judge Jerome T. Kearney.[1] No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED that Mr. Terry's claims against Defendant Sweatman, and his official capacity damages claims against all Defendants, are dismissed without prejudice for failure to state a claim upon which relief may be granted. Defendant Sweatman is hereby dismissed as a party to this action.[2]

DATED this 20th day of December 2022.

                                                                             LEE P. RUDOFSKY
                                                                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. 4.

[2] The Court is dubious that Mr. Terry has stated viable claims against each of the other Defendants. However, given Judge Kearney's opposite view, the Court will let these claims pass screening. Still, they may be susceptible to a 12(b) or 12(c) motion.