# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998**

v.   Case No. 2:22-cv-00170-LPR

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 23) is DENIED without prejudice.[1]

IT IS SO ORDERED this 12th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This denial is without prejudice to Plaintiff filing a subsequent request for preliminary relief if circumstances warrant it as we move towards the summer.