# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D. TERRY**                                                                   **PLAINTIFF**
**ADC #149998**

v.                                   No. 2:22-CV-00170-LPR-JTK

**DEXTER PAYNE, et al.**                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations (PFR) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 88). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PFR and careful consideration of the entire case record, the Court hereby approves and adopts the PFR in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion to Dismiss (Doc. 80) is DENIED.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE