## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D. TERRY**                                                                 **PLAINTIFF**
**ADC #149998**

**v.**                                       **No. 2:22-cv-00170-LPR**

**DEXTER PAYNE, et al.**                                                     **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) Plaintiff's claims against Defendant Sweatman are dismissed without prejudice; (2) Plaintiff's official capacity damages claims against all Defendants are dismissed without prejudice; (3) any stand-alone claim about the light being left on in Plaintiff's cell is dismissed without prejudice; and (4) all other claims against Defendants Payne, Straughn, Lay, Randle, and Etherly are dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 4th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE